**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ST. LUKE TECHNOLOGIES, LLC,<br>    *Plaintiff,*<br><br>          v.<br><br>AMAZON.COM, INC., AND<br>AMAZON WEB SERVICES, INC.,<br><br>    *Defendants*. | Civil Action No. 2:15-cv-1564<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff St. Luke Technologies, LLC moves to dismiss with prejudice all claims asserted in this action against Amazon.com, Inc. and Amazon Web Services, Inc. (collectively "Amazon") with each party bearing its own costs, expenses and attorneys' fees.  Amazon does not oppose this requested relief.  A proposed order of dismissal is attached.

Respectfully submitted,

/s/   Elizabeth L. DeRieux_____
Elizabeth L. DeRieux (TX Bar No. 05770585)
D. Jeffrey Rambin (TX Bar No. 00791478)
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-236-9800
Facsimile: 903-236-8787
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

OF COUNSEL:

Matt Olavi (CA SB No. 265945)
Brian J. Dunne (CA SB No. 275689)
OLAVI DUNNE LLP
816 Congress Ave., Ste. 1620
Austin, Texas 78701
Telephone: 512-717-4485
Facsimile: 512-717-4495
E-mail: molavi@olavidunne.com
E-mail: bdunne@olavidunne.com

Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
OLAVI DUNNE LLP
1880 Century Park East, Ste. 815
Los Angeles, CA 90067
Telephone: 213-516-7900
Facsimile: 213-516-7910
E-mail: dberger@olavidunne.com
E-mail: dhipskind@olavidunne.com

*Attorneys for St. Luke Technologies, LLC*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff conferred with counsel for Defendants and this motion is unopposed.

/s/ Elizabeth L. DeRieux

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service on this 11th day of November, 2015.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux